# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ANTHONY GORDON                                                                              PLAINTIFF
ADC #176469

v.                                          3:21-cv-00253-DPM-JJV

JOHN WAYNE DOWNING, Lieutenant,
North Central Unit, ADC; and
NORTH CENTRAL UNIT                                                                       DEFENDANTS

## **ORDER**

Anthony Gordon ("Plaintiff") is a prisoner in the North Central Unit of the Arkansas Division of Correction ("ADC"). He has filed a *pro se* Complaint, pursuant to 42 U.S.C. § 1983, alleging Defendant Lieutenant John Wayne Downing racially discriminated against him and violated his Fourth Amendment rights during a strip searching that occurred on or about December 2, 2021. (Doc. 2 .) Plaintiff brings these claims against Downing in his official and individual capacities, and he seeks monetary damages as well as injunctive relief. I conclude, for screening purposes only, Plaintiff has pled plausible § 1983 claims against Defendant Downing.[1]

IT IS, THEREFORE, ORDERED that the Clerk shall prepare a summons for Defendant Downing through the ADC Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612. The United States Marshal shall serve the summons, Complaint (Doc. 2), and this Order on him without prepayment of fees and costs or security therefore.

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that: (1) are frivolous or malicious or fail to state a claim upon which relief may be granted; or (2) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b).

DATED this 19th day of January 2022.

                                                                                   _____
                                                                                   JOE J. VOLPE
                                                                                   UNITED STATES MAGISTRATE JUDGE