IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANTHONY GORDON
ADC #176469                                                                    PLAINTIFF

v.                              No. 3:21-cv-253-DPM-JJV

JOHN WAYNE DOWNING,
Lieutenant, North Central Unit
and NORTH CENTRAL UNIT                                                  DEFENDANTS

ORDER

The Court adopts Magistrate Judge Volpe's unopposed partial recommendation, *Doc.* 5. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Gordon's claims against the North Central Unit will be dismissed with prejudice and his claims against the unspecified Defendants will be dismissed without prejudice. Gordon's claims against Defendant Downing go forward.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 February 2022