IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANTHONY GORDON**
**ADC #176469**                                                                     **PLAINTIFF**

v.                          No. 3:21-cv-253-DPM

**JOHN WAYNE DOWNING,**
**Lieutenant, North Central Unit**                                        **DEFENDANT**

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 23*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc.* 20, granted. Gordon's remaining claims against Downing will be dismissed without prejudice for failure to exhaust his administrative remedies and this case will be closed. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 June 2022