# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**ANTHONY GORDON**
**ADC #176469**                                                                       **PLAINTIFF**

**v.**                                   **No. 3:21-cv-253-DPM**

**JOHN WAYNE DOWNING,**
**Lieutenant, North Central Unit**
**and NORTH CENTRAL UNIT**                                               **DEFENDANTS**

## JUDGMENT

Gordon's claims against the North Central Unit are dismissed with prejudice.  His claims against Downing and the unspecified Defendants are dismissed without prejudice.


_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

27 June 2022